| | |
|---|---|
| LINDA ANN WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>PETRA KUHFAL, BRIAN OGDEN CRAIG, M.D., NANCY CRAIG, KIM S. ERVIN, KUSUM STOKES, PATRICIA FITZGERALD, SAINT JOSEPH HOSPITAL, and DANIEL DEWSNUP, D.O., M.S.,<br><br>        Defendants. | Case No: C 09-5752 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL**<br><br>Docket 14 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Plaintiff pro se, Linda Ann Wright, has filed a "Motion of Recusal." (Docket 14.) Under 28 U.S.C. § 144, if "the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further . . . ." Under 28 U.S.C. § 455(a), "[a]ny ... judge ... shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Under both recusal statutes, the salient question is whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned. Pesnell v. Arsenault, 543 F.3d 1038, 1043 (9th Cir. 2008). Here, Plaintiff seeks this Court's recusal solely on the basis that certain of the Defendants may be located the same building where this Court is located. Plaintiff has not presented a cognizable basis for recusal under either section 144 or 455(a). Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion of Recusal is DENIED. This Order terminates Docket No. 14.

IT IS SO ORDERED.

Dated: 1/11/10

                                                                         SAUNDRA BROWN ARMSTRONG<br>
                                                                         United States District Judge

```
 1  UNITED STATES DISTRICT COURT
    FOR THE
 2  NORTHERN DISTRICT OF CALIFORNIA

 3
    WRIGHT et al,
 4
              Plaintiff,
 5
      v.
 6
    KUHFAHL et al,
 7
              Defendant.
 8  _____/

 9
                                        Case Number: CV09-05752 SBA
10
                                        **CERTIFICATE OF SERVICE**
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
13
    That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17

18  Linda Ann Wright
    4579 Cummings Road
19  Eureka, CA 95503

20  Dated: January 12, 2010
                                        Richard W. Wieking, Clerk
21
                                        By: LISA R CLARK, Deputy Clerk
22
```